IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



SOURCEAMERICA, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF EDUCATION, et al.,

    Defendants.

Case No. 1:17-cv-893 (TSE/IDD)

## ORDER

For the reasons stated in Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendants shall respond to the Complaint by October 30, 2017.

Date: 2 Oct 17

                                                      /s/
                                        Ivan D. Davis
                                United States Magistrate Judge