IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SOURCEAMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | Case No. 1:17-cv-893 (TSE/IDD) |

## ORDER

Upon consideration of the parties' joint motion for new briefing schedule and extension of page limits and for good cause shown, it is hereby

ORDERED that the joint motion is GRANTED;

ORDERED that the parties shall adhere to the following schedule:

a. On or before **August 3, 2018**, Plaintiffs shall file their motion for summary judgment (or other relief disposing of this case).

b. On or before **September 10, 2018**, Defendants and Intervenor shall each file their own cross-motion for summary judgment (or other relief disposing of this case) and shall each file a single memorandum of law both in support of their own cross-motion and in opposition to Plaintiffs' motion for summary judgment.

c. On or before **September 24, 2018**, Plaintiffs shall file a single memorandum of law containing reply arguments in support of their own motion for summary judgment and in opposition to Defendants' and Intervenor's cross-motions for summary judgment.

d. On or before **October 9, 2018**, Defendants and Intervenor shall each file a memorandum of law containing reply arguments in support of their own cross-motions for summary judgment.

    e. The parties shall notice hearings for their respective motions on **October 12, 2018, at 10:00 a.m.**

ORDERED that the page limits set forth in Local Civil Rule 7(F) shall be extended to 45 pages for each party's initial brief and 35 pages for each party's second brief.

Date: 7/16/18

T. S. Ellis, III
United States District Judge